Certificate Number: 15317-PAM-DE-030298016

Bankruptcy Case Number: 17-04630



15317-PAM-DE-030298016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2017, at 6:51 o'clock PM PST, David W Chaput completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 12, 2017

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor