```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                      Case No. 17-04630-HWV
David W. Chaput                                                             Chapter 7
Gisele R. Chaput
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin                  Page 1 of 1                  Date Rcvd: Feb 27, 2018
                              Form ID: fnldecac            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db/jdb         David W. Chaput,    Gisele R. Chaput,    113 Ginkgo Court,    Chambersburg, PA  17201-3921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William C Cramer    on behalf of Debtor 2 Gisele R. Chaput williamcramer@embarqmail.com
              William C Cramer    on behalf of Debtor 1 David W. Chaput williamcramer@embarqmail.com
                                                                                             TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David W. Chaput<br>113 Ginkgo Court<br>Chambersburg, PA 17201−3921 | Chapter 7<br>Case No. 1:17−bk−04630−HWV |
| Gisele R. Chaput<br>aka Gisele Raymonde Chaput<br>113 Ginkgo Court<br>Chambersburg, PA 17201−3921 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−6153
xxx−xx−3629

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John P Neblett (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 26, 2018

BY THE COURT
By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk